BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. RODRIQUEZ )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>Defendant. )<br>) | Case No. CIV-09-162 KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from July 31, 2009, to October 29, 2009.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through October of 2009.

/ / / /

/ / / /

/ / / /

Dated: July 31, 2009        */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: July 31, 2009        Lawrence G. Brown

Acting United States Attorney

*/s/ Theophous Reagans*
THEOPHOUS REAGANS
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: August 3, 2009.

_____
U.S. MAGISTRATE JUDGE

2