BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN C. RODRIQUEZ** | Case No. CIV-09-162 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 29, 2009 to December 11, 2009.  This additional extension is required due to Plaintiff's counsel's extremely impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2   Dated: October 29, 2009              */s/Bess M. Brewer*
                                         BESS M. BREWER
3                                        Attorney at Law

4                                        Attorney for Plaintiff

5

6
    Dated: October 29, 2009              Lawrence G. Brown
7
                                         Acting United States Attorney
8
                                         */s/ Theophous Reagans*
9                                        THEOPHOUS REAGANS
                                         Special Assistant U.S. Attorney
10                                       Social Security Administration

11                                       Attorney for Defendant

12

13                                          **ORDER**

14  APPROVED AND SO ORDERED.

15  DATED: October 30, 2009.

16

17

18                                       _____
19                                       U.S. MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2