BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN C. RODRIQUEZ** ) | Case No. CIV-09-162 KJM |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. ) | |
| **MICHAEL J. ASTRUE** ) | |
| **Commissioner of Social Security** ) | |
| **of the United States of America,** ) | |
| **Defendant.** ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from December 11, 2009, to January 14, 2010. This additional extension is required due to Plaintiff's counsel's extremely impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: December 11, 2009 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: December 11, 2009                Lawrence G. Brown

Acting United States Attorney

/s/ Theophous Reagans
THEOPHOUS REAGANS
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

## ORDER

APPROVED AND SO ORDERED. No further extensions will be granted except upon a showing of extraordinary cause.

DATED: December 14, 2009.

U.S. MAGISTRATE JUDGE