1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN 189450
4
       333 Market Street, Suite 1500
5      San Francisco, CA 94105
       Telephone: (415) 977-8943
6      Fax: (415) 744-0134

7  Attorneys for Defendant

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11  JUAN RODRIGUEZ,                  ) Case No. 09-162 - KJM
                                     )
12            Plaintiff,             )
                                     ) STIPULATION AND ORDER FOR
13       vs.                         ) REMAND PURSUANT TO SENTENCE
                                     ) FOUR OF 42 U.S.C. § 405(g),
14  MICHAEL J. ASTRUE,               ) and
    Commissioner of Social           )
15  Security,                        ) REQUEST FOR ENTRY OF JUDGMENT
                                     ) IN FAVOR OF PLAINTIFF AND
16            Defendant.             ) AGAINST DEFENDANT
                                     )
17  _____

18      The parties hereby stipulate by counsel, with the Court's
19  approval as indicated by issuance of the attached Order, that the
20  above-referenced case be remanded to the Commissioner of Social
21  Security for further administrative proceedings, pursuant to
22  sentence four of 42 U.S.C. section 405(g).
23      On remand, the Appeals Council will instruct the
24  Administrative Law Judge to take the following action:
25      1)   Reconsider the opinions of the examining and reviewing
26           physicians, and if he rejects them, provide specific
27           and legitimate reasons for doing so;
28

Stip & Order Re Remand                                         Page 1

    2)   Obtain additional vocational expert evidence, if warranted; and

    3)   Otherwise develop the record as needed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff; and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: March 18, 2010    /s/ *Bess M. Brewer*
    *(As authorized* via facsimile)
    BESS M. BREWER
    Attorney for Plaintiff

Dated: March 18, 2010    BENJAMIN B. WAGNER
    United States Attorney
    LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX

By:    */s/Theophous H. Reagans*
    Theophous H. Reagans
    Special Assistant U.S. Attorney
    Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: March 18, 2010.

_____
U.S. MAGISTRATE JUDGE