1   BENJAMIN B. WAGNER
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    THEOPHOUS H. REAGANS, SBN 189450
4
        333 Market Street, Suite 1500
5       San Francisco, CA 94105
        Telephone: (415) 977-8943
6       Fax: (415) 744-0134

7   Attorneys for Defendant

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11  JUAN RODRIGUEZ,                    )  Case No. 09-162 - KJM
                                       )
12              Plaintiff,             )
                                       )
13          vs.                        )  STIPULATION FOR THE AWARD AND
                                       )  PAYMENT OF ATTORNEY FEES
                                       )  PURSUANT TO THE EQUAL ACCESS TO
14  MICHAEL J. ASTRUE,                 )  JUSTICE ACT, 28 U.S.C. § 2412(d);
    Commissioner of Social Security,   )  ORDER
                                       )
15                                     )
                Defendant.             )
16                                     )
                                       )
17  _____)

18          IT IS HEREBY STIPULATED by and between the parties through their undersigned

19  counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be

20  awarded attorney fees under the EAJA in the amount of four thousand six hundred dollars and no

21  cents ($4,600.00).  This amount represents compensation for all legal services rendered on behalf

22  of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C.

23  § 2412(d).

24          This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

25  attorney fees, and does not constitute an admission of liability on the part of Defendant under the

26  EAJA.  Payment of four thousand six hundred dollars and no cents ($4,600.00) in EAJA attorney

27  fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have

28  relating to EAJA fees in connection with this action.  Any payment shall be made payable to

1  Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

2          This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

3  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

4

5                                          Respectfully submitted,

6  Dated: June 17, 2010              /s/ *Bess M. Brewer*
                                      *(As authorized* via facsimile)
7                                     BESS M. BREWER
                                      Attorney for Plaintiff
8

9  Dated: June 17, 2010              BENJAMIN B. WAGNER
10                                    United States Attorney
                                      LUCILLE GONZALES MEIS
11                                    Regional Chief Counsel, Region IX

12                      By:           /s/*Theophous H. Reagans*
13                                    Theophous H. Reagans
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant
14

15                                 ORDER

16

17          APPROVED AND SO ORDERED.

18  DATED：June 21, 2010.

19

20

21                              _____
22                              U.S. MAGISTRATE JUDGE

Page 2